IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**ISAAC T. WASHINGTON**                                              **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 5:08cv224-DCB-MTP**

**MR. HARLEY LAPPIN, et al.**                                     **DEFENDANTS**

## **ORDER**

Before the Court is plaintiff's document entitled "Subpoena" [14] filed January 16, 2009. Having reviewed the document as well as the file, this Court finds that the plaintiff voluntarily dismissed [11] the instant action on June 30, 2008. Therefore, any relief sought by the plaintiff in his "Subpoena" [14] is not well-taken and is hereby **denied**.

THIS, the  22nd  day of January, 2009.

                                                       s/ David Bramlette
                                                UNITED STATES DISTRICT JUDGE